**Order entered April 2, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01196-CR

**RAMON M. PEREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F08-60337-I**

## ORDER

The Court has before it appellant's March 30, 2015 motion to extend time to file his brief. The motion references both March 31, 2015 and April 25, 2015 as dates for which he seeks the extension. Since appellant has not yet tendered his brief, we will treat the motion as seeking an extension until April 25, 2015 to file the brief. As such, we **GRANT** the motion. We **ORDER** appellant to file his brief by **MONDAY, APRIL 27, 2015**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    ADA BROWN
        JUSTICE